DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
STACEY JACOBS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-00323 MCE |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS UNDER<br>) SPEEDY TRIAL ACT; FINDINGS AND |
| v. | ) ORDER THEREON |
| STACEY JACOBS<br>MYRON JACOBS | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 13, 2013.

2. By this stipulation, the defendants now move to continue the status conference until August 29, 2013, and to exclude time between June 13, 2013, and August 29, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes approximately 4,423 pages of investigative reports and related documents in electronic

1

form. On May 1, 2013, the government provided two additional discs of recorded telephone calls and criminal history information. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

  c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13, 2013, to August 29, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 10, 2013                          BENJAMIN WAGNER
                                              U.S. ATTORNEY

                                        by:   /s/ David D. Fischer for
                                              LEE BICKLEY
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


Dated:  June 10, 2013                         /s/  David D. Fischer
                                              DAVID D. FISCHER
                                              Attorney for Defendant
                                              STACEY JACOBS


Dated: June 10, 2013                          /s/  David D. Fischer for
                                              TIM PORI
                                              Attorney for Defendant
                                              MYRON JACOBS

# O R D E R

In accordance with the foregoing stipulation, the status conference in this matter is hereby continued to August 29, 2013 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

DATED: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT